IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of                        :
                                        :   Case No.: 1:22MC6
                                        :
$11,512.00 in U.S. CURRENCY,            :

## **ORDER**

Upon motion of the United States of America to extend the time within which to file a civil forfeiture Complaint against the above-named property to and including March 17, 2022, and the Court having considered same, it is hereby

ORDERED that the time within which the United States has to file a civil forfeiture Complaint in this action is hereby extended, to and including April 18, 2022.

This the _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE